

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-22-00348-CV

———————————————————

IN RE DAVID E. BIRD, Relator

---

Original Proceeding
153rd District Court of Tarrant County, Texas
Trial Court No. 153-323078-21

---

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's motion for temporary emergency stay, relator's petition for writ of mandamus, and real party in interest's response and is of the opinion that relief should be denied. Accordingly, relator's motion for temporary emergency stay and petition for writ of mandamus are denied.

Per Curiam

Delivered: September 9, 2022